```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Theodore Roosevelt

    v.                                                              Case No. 24-cv-184-SE-TSM

Lowes

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated July 23, 2024. For the reasons explained therein, this action is dismissed for failure to state a claim upon which relief might be granted.

The Clerk of Court is directed to enter judgment and close this case.

_____
Samantha D. Elliott
United States District Judge

Date: July 29, 2024

cc:   Theodore Roosevelt, pro se